1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO OROSCO GARCIA,                1:08-cv-1819 AWI-WMW (HC)

12              Petitioner,                  ORDER GRANTING RESPONDENT'S
                                             SECOND REQUEST FOR EXTENSION OF
13        vs.                                TIME TO FILE AN ANSWER TO
                                             PETITIONER'S PETITION FOR WRIT OF
14   M. S. EVANS,                            HABEAS CORPUS

15              Respondent.                  (DOCUMENT #13)

16   _____/       14 DAY DEADLINE

17
          Respondent's second request for an extension of time to file an answer to the petition for
18
     writ of habeas corpus in this matter was considered by this Court, and good cause appearing.
19
          IT IS HEREBY ORDERED that Respondent has until May 18, 2009, to file an answer.
20
     IT IS SO ORDERED.
21

22
     Dated:    May 5, 2009                   _____ /s/  William M. Wunderlich_____
23
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28