UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO OROSCO GARCIA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN M.S. EVANS,<br><br>    Respondent. | 1:08-CV-01819 AWI JMD HC<br><br>ORDER VACATING FINDINGS AND<br>RECOMMENDATION [Doc. 26] |

Francisco Orosco Garcia ("Petitioner") is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 14, 2009, the Court mistakenly issued a findings and recommendation in this case. (Court. Doc. 26.) Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court VACATES the May 14, 2009 findings and recommendation.

IT IS SO ORDERED.

**Dated:    May 14, 2010**                     **/s/ John M. Dixon**
                                               UNITED STATES MAGISTRATE JUDGE