1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  FRANCISCO OROSCO GARCIA,                    1:08-cv-1819 AWI-JMD  (HC)

12          Petitioner,
                                               ORDER DENYING MOTION FOR
13      vs.                                    APPOINTMENT OF COUNSEL

14  M. S. EVANS,
                                               (DOCUMENT #31)
15          Respondent.

16  _____/

17          Petitioner has requested the appointment of counsel.  There currently exists no

18  absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19  258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21  of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22  Cases.  In the present case, the Court does not find that the interests of justice require the

23  appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

24  Petitioner's request for appointment of counsel is denied.

25  IT IS SO ORDERED.

26  **Dated:    August 2, 2010**              _____/s/ John M. Dixon_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28